725 A.2d 12

IN THE MATTER OF JOHN L. ANTONAS,
AN ATTORNEY AT LAW.

March 11, 1999.

## ORDER

The Disciplinary Review Board on October 16, 1998, having filed with the Court its decision concluding that **JOHN L. ANTONAS,** formerly of **EDISON,** who was admitted to the bar of this State in 1977, should be reprimanded for violating *RPC* 1.1(a) (gross neglect) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the Disciplinary Review Board having further concluded that respondent should be required to pay the contempt fine of $2,000 imposed by the Superior Court in the *Idowu* matter, if the fine remains outstanding;

And good cause appearing;

It is ORDERED that **JOHN L. ANTONAS** is hereby reprimanded; and it is further

ORDERED that within thirty days of the filing date of this order or as otherwise permitted by the Clerk of the Superior Court, respondent shall pay the contempt fine of $2,000 imposed by the Superior Court in the *Idowu* matter; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.